6:22-cv-96

## Request regarding payment

On 20220322, Magistrate K. Nicole Mitchel consolidated cases 6:20-cv-401 and 6:22-cv-79, stating along the line of that they are similar in nature and the court has a broad authority to consolidate.

I have already paid $400 for the case 6:22-cv-79. I request that payment be used for this case. I have limited resources to live by, and they are not sufficient, as stated in the MOTION TO PROCEED IFP. Further more, I have heard that there was a man who had $30,000 in his savings account who still received IFP status.

Since the case had been consolidated and dismissed on the court order, it would be in the interest of justice and would prevent undue burden against me to also consolidate the payment of the

two cases, and rather than issuing me a refund, transferring the fee to my newly filed case would be much more efficient and sound disposition.



20220323

Heon Jong Yoo